IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| MICHAEL LA CROIX, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. |
| | : | |
| SPEARS MATTRESS COMPANY, | : | 1:04-CV-1-1 (WLS) |
| INC., A GEORGIA CORP., Jointly | : | |
| and Severally, et al., | : | |
| | : | |
| Defendants. | : | |

## MOTION REQUESTING SPECIAL SETTING

COMES NOW, the plaintiff in the above-captioned action ands moves the Court for a special setting, if possible, and in support thereof shows the Court the following:

1.

This matter was set for trial at the last term of Court but was continued at the request of defense counsel.

2.

Defense counsel will have to travel from Atlanta to Albany for the trial.

3.

Many witnesses and two co-counsel for the plaintiff will have to travel to Albany from Florida for the trial.

4.

The plaintiff is of advancing age with many physical injuries from the incident which forms the basis of this complaint and would request a trial date at the earliest date convenient to the Court.

5.

Plaintiff's counsel also shows that on June 13, 2005, he conferred with Grant Smith, counsel for the defendant, who indicates he also has a number of out of state witnesses who may need to appear and that the defense joins in the request for a special setting of the case for that reason.

WHEREFORE, the plaintiff prays that the Court give consideration to a special setting of this case for trial at the earliest time convenient to the Court.

Respectfully submitted this 13th day of June, 2005.

        VANSANT & CORRIERE, LLC
        Attorneys for Plaintiff

BY:   /s Alfred N. Corriere
       ALFRED N. CORRIERE
       State Bar No. 188650

Post Office Box 347
Albany, Georgia   31702-0347
(229) 883-6800

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Grant B. Smith, Esquire, Rex A. Roten, Esquire, and Nevin A. Weiner, Esquire.  I also certify that I have mailed by United States Postal Service the document and a copy of the Notice of Electronic Filing to the following non-CM-ECF participants:   None known   .

        Respectfully submitted,

        s/ Alfred N. Corriere
        ALFRED N. CORRIERE
        Attorney for Plaintiff
        Post Office Box 347
        Albany, Georgia   31702-0347
        Phone:  (229) 883-6800
        Fax: (229) 883-5909
        E-mail: acorriere@vcm-law.com
        State Bar No.  188650